AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN PHILIP ROSS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-12

KILOLO KIJAKAZI,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 14, 2021, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. The Commissioner's final decision is affirmed. Judgment is entered in favor of the Defendant, and this case stands closed.

Approved by: _____

| | |
|---|---|
| September 24, 2021 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |

GAS Rev 10/2020