IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | CIVIL ACTION NO.: 4:20-cv-12 |

**O R D E R**

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 19th day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA